IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ERIC GILBERT,
*Derivatively on Behalf of Altria Group, Inc.*
Plaintiff,

v.

Civil No. 3:20cv772 (DJN)

WILLIAM F. GIFFORD, JR., *et al.*,
Defendants.

## ORDER
### (Staying Case)

This matter comes before the Court on the Parties' Joint Motion to Stay (ECF No. 4), moving the Court to stay this action until the resolution of the defendants' motion to dismiss in the related securities action, *Klein et al. v. Altria Group, Inc., et al.*, No. 3:20cv75. Because the parties are in agreement and the Court finds good cause, the Court hereby GRANTS the Motion (ECF No. 4.) This case is hereby STAYED pending final resolution of the defendants' motion to dismiss in *Klein*. Within thirty (30) days of final resolution of the motion to dismiss in *Klein*, the parties shall submit a proposed schedule to the Court regarding the filing of any amended complaint, any responses thereto and the status of the Board's inquiry into the allegations contained in Plaintiff's demand. Nothing in this Order shall prejudice Defendants' ability to seek a further stay of this action or Plaintiff's ability to object to such a stay.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: October 29, 2020