CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                                    DATE: August 25, 2022

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>IN RE Altria Group, Inc. Derivative Litigation | Case No.: 3:20cv00772 (DJN)<br><br>Judge: Novak<br><br>Court Reporter: Melissa Custis, OCR |

MATTER ON FOR: ( ) BENCH TRIAL (x) MOTION ( ) OTHER: _____

APPEARANCES:   Parties by counsel

MOTION BEFORE TRIAL:   Preliminary Approval of Settlement [ECF No. 124]

_____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )    DEFENDANT(S) ( ) Court ( )
OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( )_____
DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( ) MOTION ( )_____
REBUTTAL EVIDENCE ADDUCED  ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )       ARGUMENTS OF COUNSEL HEARD ( )
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )
MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )
COURT FOUND IN FAVOR OF PLAINTIFF(S)  ( )   MONETARY AWARD $_____
COURT FOUND IN FAVOR OF DEFENDANT(S) ( )  _____
CLERK TO ENTER JUDGMENT ON DECISION ( )  TRIAL EXHIBITS RETURNED TO COUNSEL ( )
CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

**ADDITIONAL NOTATIONS:**

Settlement deemed inadequate. Deadlines set. Order to enter.

**APPEARANCES:**

Plaintiff(s): Kip B. Shuman & Paul M. Falabella

Defendant(s): Stephen R. DiPrima, Jacob Miller, Jared M. Gerber and Johnathon Schronce

SET: 11:00        BEGAN: 11:02   ENDED 11:24   Time in Court: 22