IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IN RE ALTRIA GROUP, INC. DERIVATIVE LITIGATION

Lead Case No. 3:20cv772 (DJN)

**ORDER**
**(Denying Motion for Preliminary Approval of Settlement)**

This matter comes before the Court on Plaintiffs' Motion for Preliminary Approval of Settlement (ECF No. 124), moving for preliminary approval of the settlement of these consolidated actions pursuant to Federal Rule of Civil Procedure 23.1. For the reasons stated from the bench during the hearing on August 25, 2022, the Court hereby DENIES Plaintiffs' Motion for Preliminary Approval and hereby ORDERS the following.

On or before October 20, 2022, the parties will file a joint pleading indicating whether the parties have reached an agreement within the Court's parameters, as stated from the bench. If the parties have not reached an agreement within the Court's parameters, the parties will propose a schedule for discovery, motions to dismiss, and motions for summary judgment in a manner consistent with the Court's scheduled trial date.

The Court hereby SCHEDULES the final pre-trial conference for Thursday, August 10, 2023, at 10:00 a.m., jury selection for Friday, September 1, 2023, at 9:30 a.m., and opening statements and evidence for Tuesday, September 5, 2023, at 9:30 a.m. At this time, the Court will allot two weeks for trial, however, the parties are to inform the Court approximately how long a trial will last.

A hearing for either preliminary approval of the settlement or to set a trial schedule is hereby SCHEDULED for October 25, 2022, at 10:30 a.m.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                         /s/
                                      David J. Novak
                                      United States District Judge

Richmond, Virginia
Dated: August 25, 2022