CIVIL NON-JURY TRIAL OR MOTION HEARING:
MINUTE SHEET                                                        DATE: October 25, 2022

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: In Re Altria Group, Inc. Derivative Litigation | Case No. 3:20 CV 772 (DJN) <br> Judge: Novak <br> Court Reporter: Melissa Custis, OCR |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: _____

APPEARANCES: Parties by (✓) with ( ) counsel      Pro Se ( )

MOTIONS BEFORE TRIAL: Preliminary Approval Settlement

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )          OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )     ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )  TRIAL EXHIBITS ( ) Pltf counsel heard.
Preliminary Settlement Approved - ORDER to enter.
Fact findings made by Court.

Counsel for Plaintiff(s): Kip B. Shuman and Paul M. Falabella

Counsel for Defendants: Stephen Diprima, Jacob Miller, Edward Fuhr and Jared Gerber.

SET: 10:30   Began: 10:35   ENDED: 10:57        TIME IN COURT: 22

October 25, 2022

Case 3:20cv772 (DJN)

In re: Altria Group Inc. Derivative Litigation

Melissa Custis OCR

Preliminary Approval Settlement

Plaintiff counsel present.

Settlement preliminary approved - case to close.

Final hearing to be set by Court.

Kip B. Shuman and Paul M. Falabella.

Stephen D. Dargitz, Jacob Miller, Edward Fisher and Jarred [illegible].

10:36 10:38 10:57

ZZ